No. 95–1605. UNITED STATES *v.* GONZALES ET AL. C. A. 10th Cir. Motions of respondents Miguel Gonzales, Orlenis

Hernandez-Diaz, and Mario Perez for leave to proceed *in forma pauperis* granted. Certiorari granted.